FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. McAVOY, CLERK

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

TRACEY BAUTISTA,                    )
                                     )
               Plaintiff,            )
                                     )
v.                                   )        Case No.    1:22-cv-03085-TOR
                                     )
EXPERIAN              )
COMPLAINT                                           )
               Defendant.            )

1.      This Court has jurisdiction over this action under state law and 15 U.S.C. § 1681p.

2.      This Court has jurisdiction over Defendant because Defendant is a resident of Yakima County, WASHINGTON.

3.      Plaintiff, a consumer, sent a written dispute on or about 08/2021 to Defendant, a consumer reporting agency, disputing the completeness and/or accuracy of a tradeline by [DEPT OF ED/AIDVANTAGE] – account number [971163xxxxxxxxxxxxxxxx] late payment inaccurate reporting which was in a consumer reports concerning Plaintiff prepared, maintained, and published to others by Defendant, and Defendant negligently and/or willfully failed to follow reasonable procedures to assure maximum accuracy of the date in consumer reports concerning Plaintiff, and investigate, delete, or modify the disputed information, and provide a response to Plaintiff within 30 days of receipt of Plaintiff's dispute.

4.      Due to Defendant's conduct, Plaintiff has suffered personal and financial damages.

5.    Due to Defendant's conduct, Defendant is liable to Plaintiff for actual, statutory, and punitive damages, and costs under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

WHEREFORE, Plaintiff pray for damages in the amount of $50,000, to date, and all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**


I, TRACEY BAUTISTA, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.


Dated: 5/29/2022                    S/Tracey Bautista

5200 W Nob Hill Blvd
J158 Yakima,WA
98908




                                    Email: traceybau8@gmail.com

                                    PLAINTIFF (*pro se*)

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via and U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address: TransUnion P.O. Box 2000, Chester, PA 19016-2000

Dated: 5/29/2022                S/Tracey Bautista

5200 W NOB Hill Blvd

J158 Yakima,WA

98908

Respectfully submitted,

Email: traceybau8@gmail.com

PLAINTIFF (*pro se*)